Amos H. Andrews and Others, Respondents, v. Equitable Fire and Marine Insurance Company of Providence, R. I., and the Phœnix Insurance Company of Hartford, Connecticut, Appellants.— Judgment and order unanimously affirmed, with costs, on the authority of *Manchester* v. *Guardian Assurance Co.* (151 N. Y. 88).